IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY ANN LOVELL                                                                    PLAINTIFF

v.                                    Case No. 4:17-cv-4101

HOPE SCHOOL DISTRICT                                                         DEFENDANT

## ORDER

Before the Court is a Motion to Withdraw as Attorney of Record filed by Plaintiff's counsel, Sheila F. Campbell. ECF No. 16. Ms. Campbell seeks to withdraw as attorney of record for Plaintiff. Ms. Campbell has provided Plaintiff's contact information to the Court: 2506 West Avenue B, Hope, Arkansas, 71801.

Upon consideration, the Court finds that Plaintiff's Motion to Withdraw as Attorney of Record (ECF No. 16) should be and hereby is **GRANTED**. Sheila F. Campbell is relieved as attorney of record for Plaintiff. Ms. Campbell is directed to contact the Clerk of Court should she wish to be removed from the CM/ECF notification system for this case.

Plaintiff shall have thirty (30) days from the entry of this order to notify the Court of new counsel or the Court will assume that Plaintiff is proceeding *pro se*. The Clerk of Court is directed to send to Plaintiff by certified mail a copy of this order along with a copy of the manual for *pro se* litigants.

**IT IS SO ORDERED**, this 30th day of October, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge