IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY ANN LOVELL                                                                PLAINTIFF

v.                                  Case No. 4:17-cv-4101

HOPE SCHOOL DISTRICT                                                           DEFENDANT

## ORDER

Before the Court is a Motion to Withdraw filed by Plaintiff's counsel, Fredye Long Alford. ECF No. 38. Ms. Alford seeks to withdraw as attorney of record for Plaintiff. Upon consideration, the Court finds that Plaintiff's Motion to Withdraw (ECF No. 38) should be and hereby is **GRANTED**. Fredye Long Alford is relieved as attorney of record for Plaintiff. Ms. Alford is directed to contact the Clerk of Court should she wish to be removed from the CM/ECF notification system for this case.

Plaintiff shall have fourteen (14) days from the entry of this order to notify the Court of new counsel or the Court will assume that Plaintiff is proceeding *pro se*. Plaintiff's contact information is as follows: 2506 West Avenue B, Hope, Arkansas, 71801.

**IT IS SO ORDERED**, this 4th day of February, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge