IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY ANN LOVELL     PLAINTIFF

v.     Case No. 4:17-cv-4101

HOPE SCHOOL DISTRICT     DEFENDANT

## **JUDGMENT**

Before the Court is an Amended Motion for Summary Judgment filed by Defendant Hope School District. ECF No. 26. Plaintiff Mary Lovell, representing herself in this action, has filed a response (ECF No. 42) and amended response (ECF No. 44) in opposition to Hope's motion. Hope has filed a reply. ECF No. 46. The motion is ripe for the Court's consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 26) should be and hereby is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of July, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge